IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD FRESCO, CARLOS BARRETT, JEFFREY HY, MARY ANN COLLIER, ROY McGOLDRICK, ROBERT PINO, KENNETH HERETICK, RUSSELL V. ROSEN and JOEL LEVINE, Plaintiffs,<br><br>v.<br><br>R. L. POLK & CO., a Delaware Corporation; and ACXIOM CORPORATION, a Delaware Corporation, Defendants. | CASE NO. 07-cv-60695-JEM<br><br>**OBJECTORS AND PUTATIVE CLASS MEMBERS NOTICE OF COMPLIANCE WITH PROCEDURES FOR OBJECTION TO CLASS CERTIFICATION AND CLASS ACTION SETTLEMENT AGREEMENT** |

**OBJECTORS AND PUTATIVE CLASS MEMBERS NOTICE OF COMPLIANCE WITH PROCEDURES FOR OBJECTION TO CLASS CERTIFICATION AND CLASS ACTION SETTLEMENT AGREEMENT**

Objectors and Putative Class Members SHARON TAYLOR, JAMES DOUGLAS BOOKER, LOWRY BRILEY, TWILAH BROWN, JAMES D. CLARY, SHARON A. CLARY, ALICE M. COOKS, ARLANDO COOKS, ELIZABETH DeWITT, KENNETH GOSSIP, SR., KENNICE GOSSIP, PAMELA HENSLEY, ROBERT G. HOLLINESS, CAROLYN LATHAM HOLUB, BRANDI JEWELL, TRACY KARP, DAVID PATTERSON, RONNIE PHILLIPS, JAMES ROBERTS, LUZ ANN ROBERTS, KIMBERLY DAWN UNDERWOOD, MARILYN WHITAKER, and WILLIAM "TROY" WILSON, file their Notice of Compliance with Procedures for Objection to Class Certification and Class Action Settlement Agreement, and in support thereof, state:

On October 8, 2009, the above-named Objectors, in compliance with this Court's Order (doc. 90), mailed their Objections to Class Certification and Class Action Settlement Agreement to the Fresco Notice Administrator, The Garden City Group, Inc., P.O. Box 9000, #6520

Merrick, New York (see Exhibit 1)  A true and correct copy of those Objections are attached hereto as Exhibit 2-4.

Objectors request that their attorney, Jeremy R. Wilson, be allowed to speak on their behalf at the fairness hearing for thirty (30) minutes total, as outlined in the objections submitted to the Fresco Notice Administrator, and attached hereto.

Respectfully submitted,

THE COREA FIRM, P.L.L.C.

Jeremy R. Wilson
Florida Bar No. 0545511
1201 Elm St., Suite 4150
Dallas, Texas 75201
Telephone:	(214)953-3900
Facsimile:	(214)953-3901

## **CERTIFICATE OF SERVICE**

I certify that on October 9, 2009, I electronically filed the above Motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U. S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Jeremy R. Wilson