UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-60695 Civ-Martinez/Brown

**RICHARD FRESCO,** *et al.***,**

      Plaintiffs,

vs.

**R.L. POLK & CO.,** a Delaware corporation;
and **ACXIOM CORPORATION,** a Delaware
corporation,
      **Defendants.**
_____/

### SETTLING DEFENDANTS' SUBMISSION OF OBJECTIONS AND OTHER CORRESPONDENCE SENT TO NOTICE ADMINISTRATOR REGARDING PROPOSED SETTLEMENT

The Court's June 16, 2009 order preliminary approving the proposed settlement of this matter (the "Preliminary Approval Order") directed that any class member wishing to object to the proposed settlement mail his or her objection to "Objections - Fresco Notice Administrator," P.O. Box 9000, #652, Merrick, New York 566-9000.  Preliminary Approval Order, p. 16.  [DE-90.]  The Court required that the objections include: the name of the case; the objector's name, address, and telephone number; a statement of the objection and a summary of the reasons for the objection; copies of any documents upon which the objection is based; and a statement of whether the objector will ask to speak at the final approval hearing, directly or through counsel. *Id.*

The Notice Administrator, Garden City Group, Inc. ("Garden City"), received formal objections from five different objector groups.  Garden City also receive a number of letters and other correspondence from class members that were not formally styled as objections to the proposed settlement, but which expressed criticism of or otherwise commented upon the

proposed settlement, the parties or their counsel. In an effort to ensure that the record clearly reflects the amount and content of this correspondence, the Defendants are also submitting this correspondence for the Court's review. The formal objections and this correspondence are attached as composite Exhibit A. In some instances, because these attached objections and correspondence contain personal information such as a driver's license number or a social security number, the Defendants have redacted this information from the copy that is being filed with the Court.

Respectfully submitted this 9th day of November, 2009.

HUNTON & WILLIAMS LLP
*Counsel for Acxiom Corporation*
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
TEL: (305) 810-2500 FAX: (305) 810-2460

By:   /s/ Gustavo J. Membiela
          Samuel A. Danon
          Florida Bar No. 892671
          Gustavo J. Membiela
          Florida Bar No. 0513555

*Counsel for R.L. Polk & Co.*

Christopher M. Mason
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
PH: (212) 940-3000 FX: (212) 940-3111
cmason@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF or by U.S. mail this 9<u>th</u> day of November, 2009, to:

Counsel for Plaintiffs

| | |
|---|---|
| Tod Aronovitz, Esq.<br>Steven Jaffe, Esq.<br>Mark S. Fistos, Esq.<br>ARONOVITZ JAFFE<br>150 W. Flagler Street<br>Suite 2700- Museum Tower<br>Miami, Florida 33130<br>305-372-2772 Telephone<br>305-375-0243 Facsimile<br>ta@aronovitzlaw.com<br>srj@aronvitzlaw.com<br>mfistos@jameshoyer.com | Peter A. Portley, Esq.<br>PORTLEY AND SULLIVAN<br>Lighthouse Point Professional Building<br>2211 E. Sample Road, Suite 204<br>Lighthouse Point, Florida 33064<br>954-781-7600 Telephone<br>954-941-3469 Facsimile<br>pportley@aol.com |
| John A. Yanchunis, Esq.<br>JAMES HOYER NEWCOMBER &<br>  SMILJANICH, P.A.<br>4830 West Kennedy Boulevard<br>Suite 550 One Urban Centre<br>Tampa, FL 33609<br>813-286-4100 Telephone<br>286-4174 Facsimile<br>jyanchunis@jameshoyer.com | Lawrence D. Goodman, Esq.<br>DEVINE GOODMAN PALLOT &<br>  WELLS, P.A.<br>777 Brickell Avenue, Suite 850<br>Miami, Florida 33131<br>305-374-8200 Telephone<br>305-374-8208 Facsimile<br>lgoodman@devinegoodman.com |
| David D. Welch, Esq.<br>WELCH & FINKEL<br>2401 E. Atlantic Boulevard, Suite 400<br>Pompano Beach, Florida 33062<br>954-943-2020 Telephone<br>954-782-1552 Facsimile<br>ddw123@bellsouth.net | James K. Green, Esq.<br>JAMES K. GREEN, P.A.<br>Suite 1650, Esperanté<br>222 Lakeview Avenue<br>West Palm Beach, Florida 33401<br>561-659-2029 Telephone<br>561-655-1357 Facsimile<br>jameskgreen@bellsouth.net |

| | |
|---|---|
| Joel S. Perwin, Esq.<br>Anthony Sanchez<br>169 E. Flagler Street<br>Alfred I. Dupont Building<br>Miami, Florida 33131<br>305-779-6090 Telephone<br>305-779-6095 Facsimile<br>jperwin@perwinlaw.com | Jack Scarola, Esq.<br>David J. Sales, Esq.<br>SEARCY BENNEY SCAROLA BARNHART<br>  & SHIPLEY, P.A.<br>2139 Palm Beach Lakes Boulevard P.O.<br>Drawer 3626<br>West Palm Beach, Florida 33402<br>561-686-6300 Telephone<br>561-478-0754 Facsimile |

Counsel for Defendant R. L. Polk & Co.

| | |
|---|---|
| Lewis F. Collins, Jr.<br>Scott J. Frank<br>BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP<br>One Harbour Place, Suite 500<br>777 S. Harbour Island Boulevard<br>Tampa, Florida 33602<br>Telephone:  (813) 281-1900<br>Facsimile:  (813) 281-0900<br>lcollins@butlerpappas.com<br>sfrank@butlerpappas.com | Christopher M. Mason<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>Telephone:  (212) 940-3000<br>Facsimile:  (212) 940-3111<br>cmason@nixonpeabody.com |
| D.J. Powers<br>301 Park Lane<br>Austin TX  78704<br>Telephone:  (512) 444-1641<br>Facsimile:    (512) 444-2056 | Jeffrey L. Weinstein<br>518 East Tyler Street<br>Athens, TX  75751<br>Telephone:  (903) 677-5333<br>Facsimile:  (903) 677-3657 |
| Nicolas J. Gutierrez, Jr.<br>Borgognoni & Gutierrez, LLP<br>Grand Bay Office Plaza, Suite 701<br>2665 South Bayshore Drive<br>Miami, Fl  33133<br>Telephone:  (305) 860-2060<br>Facsimile:  (305) 860-2068 | Patrick E. Geraghty, Esq.<br>Geraghty, Dougherty & Edwards, P.A.<br>Post Office Box 1605<br>Fort Myers, Fl  33901 |
| Jeremy R. Wilson<br>The Corea Firm, P.L.L.C.<br>1201 Elm St., Suite 4150<br>Dallas, Texas 75201<br>Telephone:  (214) 953-3900<br>Facsimile:  (214) 953-3901 | |

5

By: /s/ Gustavo J. Membiela

58908.000008 EMF_US 28913907v5