

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-CIV-60695 - Martinez Simonton

RICHARD FRESCO, et al.

    Plaintiff,

vs.

AUTOMOTIVE DIRECTIONS, INC. et al.

    Defendant,

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Marvin Union and Robert Falkner Objectors in the above-styled cause, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment...Awarding Attorneys' Fees and Expenses to Class Counsel (Docket Entry #151), entered on July 27, 2010.

Dated: August 13 2010

Respectfully submitted,

Marvin L. Union
13530 Heath Rd.
Novelty Ohio 44075
(440) 338-8185
marvunion@yahoo.com

Robert Falkner
20826 Almar Rd.
Shaker Heights Ohio 44120
(216) 991-4589
cigarmanraf@yahoo.com

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was send by ordinary US Mail, to the following on this ___(2___ day of August 2010:

Tod Aronivitz, Esq.
Aronovitz & Associates
150 W. Flagler Ave. Suite 2700
Miami Florida 33130

John A. Yachunis
James, Hoyer, Newcomer & Smiljanich, PA
4830 Kennedy Blvd. #550
Tampa Fl. 33609

By: /s/