IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RICHARD FRESCO, CARLOS BARRETT, JEFFREY HY, MARY ANN COLLIER, ROY MCGOLDRICK, ROBERT PINO, KENNETH HERETICK, RUSSELL V. ROSE AND JOEL LEVINE
    Plaintiffs

v.

R.L. Polk & Co. and Acxiom Corp.
    Defendants

CASE NO. 07-cv-60695-JEM

## NOTICE OF APPEAL

Notice is hereby given that D.J. Powers and Jeffrey L. Weinstein, non-named members of the Plaintiff class who objected to the settlement in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on July 28, 2010, Document No. 151.

_____
D.J. Powers
301 Park Lane
Austin Texas 78704
512/444/1641
512/444-2056 – facsimile
djpowers@swbell.net
Representing himself

_____
JEFFREY L. WEINSTEIN
518 East Tyler Street
Athens, Texas 75751
903/677-5333
903/677-3657 – facsimile
Jeff@LonghornLawyer.com
Representing himself

Page 1

## CERTIFICATE OF SERVICE

A copy of the foregoing was on August 18, 2010, delivered to the following:

    United States District Court Clerk's Office
    Wilkie D. Ferguson, Jr. United States Courthouse
    400 North Miami Avenue, 8th floor
    Miami, FL 33128

    **Certified Mail No. 70091680000145508734**
    **RETURN RECEIPT REQUESTED**
    Tod Aronovitz, Esq.
    Aronovitz Trial Lawyers
    150 West Flagler Street, Suite 2700
    Miami, FL  33130

    **Certified Mail No. 70091680000145508741**
    **RETURN RECEIPT REQUESTED**
    John A. Yanchunis, Esq.
    James Hoyer Newcomber & Smiljanich, P.A.
    3301 Thomasville Road, Suite A200
    Tallahassee, FL  32308

    **Certified Mail No. 70091680000145508758**
    **RETURN RECEIPT REQUESTED**
    Christopher Mason
    Nixon Peabody, LLP
    437 Madison Avenue
    New York, NY 10022

    **Certified Mail No. 70091680000145508765**
    **RETURN RECEIPT REQUESTED**
    Juan Enjamio
    Hunton & Williams LLP
    Mellon Financial Center
    1111 Brickel Avenue, Suite 2500
    Miami, FL 33131

_/s/ Jeff Weinstein_
Jeff Weinstein