IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD FRESCO, CARLOS BARRETT, JEFFERY HY, MARY ANN COLLIER, ROY McGOLDRICK, ROBERT PINO, KENNETH W. HERETICK, RUSSELL V. ROSEN ABD JOEL LEVINE,<br><br>    Plaintiff,<br><br>v.<br><br>R.L. POLK & CO., a Delaware corporation; and ACXIOM CORPORTATION, a Delaware corporation,<br><br>    Defendant. | CIVIL ACTION NO. 0:07-cv-60695-JEM<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Putative Class Members/Objectors, SHARON TAYLOR, JAMES DOUGLAS BOOKER, LOWRY BRILEY, TWILAH BROWN, JAMES D. CLARY, SHARON A. CLARY ALICE M. COOKS, ARLANDO COOKS, ELIZABETH DeWITT, KENNETH GOSSIP, SR., KENNICE GOSSIP, PAMELA HENSLEY, ROBERT G. HOLLINESS, CAROLYN LATHAM HOLUB, BRANDI JEWELL, TRACY KARP, DAVID PATTERSON, RONNIE PHILLIPS, JAMES ROBERTS, LUZ ANN ROBERTS, KIMBERLY DAWN UNDERWOOD, MARILYN WHITAKER, WILLIAM "TROY" WILSON, JANICE COOK, EDIE STEWART, CHARLES RICE, MACY PETTYJOHN, BRENDA LOWERY, BLAINE SWANSON, CINDY SWANSON, NORMA WILES, THOMAS WILES, THERESA GIBSON, and WANDA EVITTS hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the temporary injunction contained in the Court's Order Certifying Settlement Class, Approving Settlement, Awarding Incentive Fees to Class Representatives, and

Awarding Attorneys' Fees and Expenses to Class Counsel (document 151) entered in this Court on July 28, 2010.

Respectfully submitted this 25th day of August, 2010.

Respectfully submitted,

**THE POWELL LAW FIRM**

/s/Kathryn L.S. Griswold
Kathryn L.S. Griswold
Florida State Bar No. 50803
Brett C. Powell
Florida State Bar No. 610917
18001 Old Cutler Rd., #525
Palmetto Bay, Florida  33157
Telephone:  (305) 232-0131
Facsimile:  (305) 232-1091
Email: brett@powellappeals.com

**THE COREA FIRM, P.L.L.C.**

/s/ Thomas M. Corea
Thomas M. Corea
Texas State Bar No. 24037906
1201 Elm St., Suite 4150
Dallas, Texas 75201
Telephone:  (214)953-3900
Facsimile:  (214)953-3901
Email:  tcorea@corealaw.com
**Admission Pending**

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on August 25, 2010, I electronically filed the above Notice of Appeal with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Kathryn L.S. Griswold