FILED by AGC D.C.

SEP 1 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD FRESCO, et al. ) | |
| ) | Case No.: 07-60695 (JEM)(STB) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AUTOMOTIVE DIRECTIONS, ) | |
| INC.,et al ) | |
| ) | |
| Defendants. ) | |

NOTICE OF JOINDER IN BRIEF

Now come Robert Falkner and Marvin L. Union, Class Members and Objectors herein and notify this Honorable Court that they join in the Opposition to Plaintiffs Motion for a Bond filed by Nicolas J. Guitterez, Jr. and John J. Pentz on September 10, 2010, Document no. 172.

Respectfully submitted,

_____
Marvin L. Union

_____
Robert A. Falkner

CERTIFICATE OF SERVICE

The foregoing was filed with the Court via Overnight Mail, and was sent by ordinary U.S. mail, postage prepaid on the following persons on September 15, 2010:

John A Yachunis
4830 Kennedy Blvd. #550
Tampa Fl 33609

Tod Aronivitz
150 W. Flagler Ave. #2700
Miami Fl 33130

_____
Robert A. Falkner

# FedEx US Airbill

**1 From**
Date: 9/14/10
Sender's Name: David Pope
Company: Siegel and Associates
Address: 28400 Chagrin Blvd St 340
City: Cleveland  State: OH  ZIP: 44122-4421
Phone: 216-831-3424

FedEx Tracking Number: 8703 0852 5921

**3 To**
Recipient's Name: Cherri
Company: B Court House
Address: 400 N Miami Ave
City: Miami  State: FL  ZIP: 33218