# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2010

Steven M. Larimore
United States District Court
400 N MIAMI AVE
Miami, FL 33128-1807

FILED by ___ D.C.
DEC 21 2010
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S. D. of FLA. – MIAMI

Appeal Number: 10-13959-CC
Case Style: D. Powers, et al v. R.L. Polk & Co., et al
District Court Docket No: 0:07-cv-60695-JEM

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Brenda F. Wiegmann, CC
Phone #: (404) 335-6174

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-13959-CC

RICHARD FRESCO,
et al.,

Plaintiffs,

D. J. POWERS,
JEFFREY L. WEINSTEIN,

Interested Parties - Appellants,

versus

R.L. POLK & CO., a Delaware Corporation,
ACXIOM CORPORATION, a Delaware Corporation,

Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 16 2010
JOHN LEY
CLERK

ENTRY OF DISMISSAL: Pursuant to the appellant's motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 16, 2010.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Brenda F. Wiegmann, CC, Deputy Clerk

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: /s/ Brenda Wiegmann
Deputy Clerk
Atlanta, Georgia

FOR THE COURT - BY DIRECTION